UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
JAN 3 1 2008
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 07-30060 |
| Plaintiff, | * | |
| vs. | * | |
| ADAM C. BORDEAUX, | * | ORDER |
| Defendant. | * | |

This matter came before the court on Thursday, January 31, 2008, for Defendant's initial appearance on the Report of Apparent Bond Violation. At the hearing, the Defendant was formally read the allegations, was advised of his constitutional rights and was informed of the maximum penalty for the charges. The case is venued in the Central Division and all other proceedings in this matter are scheduled to be held in Pierre, South Dakota.

Accordingly, it is hereby

ORDERED, that Defendant shall be detained on the arrest warrant and transported by the U.S. Marshal's Service to Pierre, South Dakota for further proceedings.

Dated this 31st day of January, 2008.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk
By Shelly Margulies, Deputy
(SEAL)