## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH DAKOTA
## CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. CR 07-30060 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER  EXTENDING DEFENDANT'S** |
| Adam C. Bordeaux, | ) | **FURLOUGH** |
| | ) | |
| Defendant. | ) | |

_____

On March 19, 2008, the court entered an order granting the defendant's motion for a funeral furlough and released defendant to the custody of his mother, Amanda Bordeaux, to be under her supervision and in her personal custody at all times on Thursday, March 20, 2008, from 9:00 a.m. CST until 5:00 p.m. CST.

On March 20, 2008, the court was advised that the defendant had reported to Indian Health Services (IHS) in Rosebud, South Dakota, with medical complaints and will require treatment. The court finds that these circumstances warrant an extension of the defendant's furlough.  The court has been advised that the Government does not object to such an extension but requests additional restrictions.

Accordingly, the court shall extend the defendant's furlough.  The defendant is to remain at the IHS emergency room in Rosebud, South Dakota, until he can be transported by ambulance to the Sanford Medical Center in Sioux Falls, South Dakota.  Once discharged from the Sanford Medical Center, the defendant is to immediately surrender to the United States Marshal in Sioux Falls, South Dakota.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2008.

/s/  Patrick A. Conmy
Patrick A. Conmy, Senior District Judge
United States District Court